IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2009

Charles R. Fulbruge III
Clerk

No. 07-30443

JOHN THOMPSON

Plaintiff-Appellee

vs.

HARRY F. CONNICK, in his official capacity as District Attorney;
ERIC DUBELIER, in his official capacity as Assistant District
Attorney; JAMES WILLIAMS, in his official capacity as Assistant
District Attorney; EDDIE JORDAN, in his official capacity as
Assistant District Attorney; ORLEANS PARISH DISTRICT ATTORNEY'S
OFFICE

Defendants-Appellants

- - - - -
Appeal from the United States District Court for the
Eastern District of Louisiana
- - - - -

ON PETITION FOR REHEARING
AND
PETITION FOR REHEARING EN BANC

(Opinion December 19, 2008, 5 Cir., 2008, _____F.3d_____)

(March 11, 2009)

BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO,
OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.

_____

[1]Judge Dennis is recused and did not participate in this
decision.